UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABDULLAH HAKIM EL-MUMIT
(DOC #109229)

VERSUS

HON KATHLEEN B. BLANCO, GOVERNOR, ET AL

CIVIL ACTION

NO. 07-766-JVP-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 4) of United States Magistrate Judge Docia L. Dalby dated December 12, 2007. Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action shall be dismissed, without prejudice, for failure of the plaintiff to pay the court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 4, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA